SO ORDERED:

/s/ David N. Hurd
DAVID N. HURD
United States District Judge
Dated: 8/15/14    Utica, NY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

TERESA VANWORMER,

    Plaintiff,

-against-

DISCOVER FINANCIAL SERVICES INC.,

    Defendant.

Case No.: 1:14-cv-00690-DNH-CFH

**NOTICE OF SETTLEMENT**

NOW COMES the Plaintiff, TERESA VANWORMER, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 60 days.

Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

RESPECTFULLY SUBMITTED,

By: /s/ Adam T. Hill
Adam T. Hill
KROHN & MOSS, LTD.
10 N. Dearborn St., 3rd Fl.
Chicago, Illinois 60602
Telephone: 312-578-9428
Telefax: 866-861-1390
ahill@consumerlawcenter.com
Attorneys for Plaintiff