UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

TERESA VANWORMER,

          Plaintiff,

   -against-                         **NOTICE OF VOLUNTARY DISMISSAL**

DISCOVER FINANCIAL SERVICES INC,     Case No. 1:14-cv-00690-DNH-CFH

          Defendant.

    TERESA VANWORMER (Plaintiff), by her attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions-Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, DISCOVER FINANCIAL SERVICES INC (Defendant), in this case.

    Both sides to bear their own costs and expenses.

                         RESPECTFULLY SUBMITTED,

         By:   /s/ Adam T. Hill
              Adam T. Hill, Esq.
              Krohn & Moss, Ltd.
              10 N. Dearborn St., 3rd Fl.
              Chicago, Illinois 60602
              Telephone: 312-578-9428
              Telefax: 866-861-1390
              ahill@consumerlawcenter.com
              Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2014, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.

s/ Adam T. Hill
Adam T. Hill, Esq.
Attorney for Plaintiff
